**Crista V. BENNER, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2013–7098.

United States Court of Appeals, Federal Circuit.

May 14, 2014.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, KS, argued for claimant-appellant.

Elizabeth A. Speck, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Stuart F. Delery, Assistant Attorney General, Bryant G. Snee, Acting Director, Martin F. Hockey, Jr., Assistant Director, and James Sweet, Trial Attorney. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Amanda Blackmon, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC.

MOORE, O'MALLEY, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**